UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 15-184-DLB

JAVIER CONTRERAS                                                    PETITIONER

vs.      **ORDER ADOPTING REPORT AND RECOMMENDATION**

RICHARD IVES, Warden
of U.S.P. – McCreary                                           RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge J. Gregory Wehrman (Doc. # 8), wherein he recommends that Petitioner Javier Contreras' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 1) be denied without the United States being required to file a response. Petitioner having failed to file any Objections to Judge Wehrman's R&R, and the time to do so having now expired, the R&R is ripe for review.

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Wehrman's Report and Recommendation (Doc. # 8) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Petitioner Javier Contreras' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 1) is hereby **DENIED**;

1

(3) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4) A Judgment shall be entered contemporaneously herewith.

This 12th day of February, 2016.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\London\2015\15-184 Order Adopting R&R on 2241.wpd